UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>**Jair Eduardo Ortega Gallardo**,<br><br>          Defendant. | CASE NO.:   22CR1616-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing/Trial Setting scheduled for September 9, 2022 at 1:30 p.m. to September 23, 2022 at 1:30 p.m. be granted. It is further ordered that time is excluded from the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(1)(D) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  August 30, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge